IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO V. VILLASENOR,

      Petitioner,                  No. CIV S-09-2324 FCD EFB P

    vs.

MICHAEL MARTEL,

      Respondent.               <u>ORDER</u>

                           /

      Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254.  A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a).  In this action, petitioner has neither paid the fee nor submitted an application for leave to proceed *in forma pauperis*.  Notwithstanding the facts explained in petitioner's motion seeking clarification and correction of the record, petitioner must submit either the filing fee or the application required by section 1915(a) in this action.

////

////

////

////

1

1    Petitioner must comply with this order within 30 days from the day it is served.
2 Petitioner's failure to comply with this order will result in a recommendation that this action be
3 dismissed.  The Clerk of the Court is directed to mail to petitioner a form application for leave to
4 proceed *in forma pauperis* and to terminate docket entry 7.
5    So ordered.
6 Dated:  May 6, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE