IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO V. VILLASENOR,

    Petitioner,               No. CIV S-09-2324 FCD EFB P

    vs.

MICHAEL MARTEL,

    Respondent.             ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 23, 2010, petitioner filed a motion for stay and abeyance in order to exhaust his claims in state court. On June 9, 2010, respondent filed a statement of non-opposition to the motion.

    On May 20, 2010, the court granted petitioner's previous motion to proceed *in forma pauperis*. On May 25, 2010, petitioner filed another motion to proceed *in forma pauperis*.

    It is hereby ORDERED that:

    1. Petitioner's motion for a stay and abeyance is granted. Petitioner shall inform the court within 30 days of the date when all of his claims have been exhausted in state court.

////

////

1            2.  Plaintiff's May 25, 2010 motion to proceed *in forma pauperis* is denied as
2  unnecessary.
3  Dated:  August 12, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE