UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO VILLASENOR, | No. 2:09-cv-2324-TLN-EFB P |
| Petitioner, | |
| v. | ORDER |
| MICHAEL MARTEL, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He commenced this action on August 21, 2009 with the filing of his original petition, which raised seven claims for relief. ECF No. 1. Thereafter, petitioner filed an amended petition, which included two additional claims for relief. ECF No. 17. On May 21, 2013, following the court's order for respondent to respond to the amended petition, respondent filed an answer. ECF Nos. 19 & 38. Although the answer acknowledges petitioner's filing of an amended petition, *id.* at 15 n. 2, it is directed to petitioner's original petition, *id.* at 9, and fails to address the two additional claims included in the amended petition.[1]

/////

---

[1] Before filing the answer, respondent also acknowledged petitioner's amended petition and all nine claims for relief in a motion to dismiss, which was subsequently denied as moot. ECF Nos. 23, 36.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent shall file and serve an amended answer that is responsive to the *amended* petition within 60 days from the date of this order; and

2. Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

Dated: September 2, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE